**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| MATHEW ROGERS,<br>*individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BASEMENT BROS, LLC d/b/a EVERYTHING UNDER ONE ROOF<br><br>Defendant. | ) | Civil Action No.: 2:26-cv-01307-LA |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: September 9, 2026

PLAINTIFF, on behalf of himself and others similarly situated,

*/s/ Anthony Paronich*

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Anthony Paronich*
Anthony Paronich