# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MATHEW ROGERS,**

**Plaintiff,**

**v.**

**BASEMENT BROS LLC,**

**Defendant.**

**TELEPHONIC SCHEDULING CONFERENCE**
**Case No. 26-CV-1307**

---

HONORABLE LYNN ADELMAN, presiding
Proceeding Held: 10/20/2026
Deputy Clerk: GB

Time Called: 10:32 a.m.
Time Concluded: 10:34 a.m.
Court Reporter: N/A

**Appearances:**

**Plaintiff:** By Attorney Anthony Paronich

**Defendant:** By Attorney Steven Beckham

---

Parties discussed status of case and openness to settlement. Scheduling order to follow based on proposed dates.