**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MATHEW ROGERS,**
**Plaintiff,**

**v.** **Case No. 26-CV-1307**

**BASEMENT BROS LLC,**
**Defendant.**

---

**ORDER FOLLOWING SCHEDULING CONFERENCE**

On October 20, 2026, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures by **November 3, 2026.**
2. The parties may join additional parties and amend pleadings without further leave of the court through **January 26, 2027.**
3. The plaintiff shall file his motion for class certification by **May 18, 2027**.
4. The plaintiff shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **June 15, 2027.** The defendants shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **July 13, 2027.**
5. a. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **October 1, 2027.**

   b. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

c. All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

6. a. Any dispositive motions must be served and filed on or before **November 16, 2027.**

   b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

7. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

Attorneys are required to electronically file all proposed orders to the docket **in addition to** emailing them in an edit-friendly Word document to Judge Adelman's Proposed Order email: AdelmanPO@wied.uscourts.gov. The absence of an edit-friendly

copy may result in processing delays and/or communication from the Court instructing parties to provide these documents before an order can be entered. This email box is for proposed orders only. Please do not send any *ex parte* communications to the court unless they relate to a proposed order or a pre-mediation statement.

**SO ORDERED** at Milwaukee, Wisconsin, this 20th day of October, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge