UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MATHEW ROGERS, individually on his
own behalf and on behalf of all others similarly situated,

Plaintiff,

v. Case No. 26-CV-1307

BASEMENT BROS LLC, doing business as:
EVERYTHING UNDER ONE ROOF

Defendant.

---

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

---

Plaintiff Mathew Rogers and Defendant Basement Bros LLC d/b/a Everything Under One Roof, hereby stipulate for entry of the attached Proposed Protective Order to control the disclosure, production, and use of documents and information in this action.

The parties expect the action may involve the revelation of confidential, proprietary, private, and/or otherwise sensitive documents and information. Specifically, the parties believe that the Defendant may have to disclose confidential business information, including marketing strategies and financial information, that could cause harm to Defendant's business if publicly disclosed. The parties also believe that discovery will include disclosure of phone numbers of alleged or potential class members who are not currently parties to this lawsuit. The parties believe entry of the Order is necessary to protect against improper public dissemination of same.

Accordingly, the parties request that the Court enter the attached Proposed Protective Order.

Dated this 11th day of November, 2026.

*Electronically signed by Steven R. Beckham*

Susan E. Lovern
Kelly Noyes
Steven R. Beckham
VON BRIESEN & ROPER, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Phone: (414) 287-1292
Fax: (414) 238-6434
E-mail: Susan.Lovern@vonbriesen.com
Kelly.Noyes@vonbriesen.com
steven.beckham@vonbriesen.com

*Attorneys for Basement Bros LLC d/b/a Everything Under One Roof*

Dated this 11th day of November, 2026.

*/s/ Anthony Paronich*

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Counsel for Plaintiff and Proposed Class*