**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**AT MILWAUKEE**

| | |
|---|---|
| MATHEW ROGERS, individually on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BASEMENT BROS LLC, *doing business as:* EVERYTHING UNDER ONE ROOF and FUNNEL PROS LLC *doing business as:* NONSTOP AUTOMATION LLC,<br><br>Defendants. | No. 2:26-cv-01307-LA<br><br>Honorable Judge Lynn Adelman |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED CLASS ACTION COMPLAINT**

COMES NOW Plaintiff, Mathew Rogers, by and through his undersigned counsel, moves the Court under FRCP 15(a)(2), LCR 7(h), and LCR 15 for leave to file a First Amended Complaint.

Defendant does not oppose this motion. In support, Plaintiff states as follows:

1. Plaintiff filed his original action on July 27, 2027 (*see* Dkt 1).

2. Defendant filed its answer to the original complaint on September 8, 2026 (*see* Dkt. 11).

3. The Court's Scheduling (*see* Dkt. 16) set January 26, 2027 as the deadline to amend pleadings. Thusly, this motion is timely.

4. Rule 15(a)(2) provides that a party may amend its pleading with the court's leave, and that "[t]he court should freely give leave when justice so requires." FRCP 15(a)(2).

5. This filing is made in good faith and not for delay. It will not unduly prejudice Defendant and Defendant has consented to the filing of this amended complaint.

6. Before filing this motion, Plaintiff's counsel conferred with Defendant's counsel, on November 24, 2026 via electronic mail (e-mail). Defendant does not oppose the relief requested.

7. As required by LCR 15(a) and (b), the proposed First Amended Complaint reproduces the entire pleading as amended, does not incorporate any prior pleading by reference, and is attached to this motion hereto as **Exhibit A**.

8. A redline comparing the proposed First Amended Complaint to the original Complaint is attached to this motion hereto as **Exhibit B**.

WHEREFORE, Plaintiff respectfully asks the Court to grant this motion and direct the clerk of this Court to file the First Amended Complaint onto the record as the new operative complaint in this action, as provided in LCR 15(c).

RESPECTFULLY SUBMITTED this 25th day of November, 2026.

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Andrew G. Gunem
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on November 25, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 25th day of November, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*

Samuel J. Strauss
Andrew G. Gunem
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
agunem@straussborrelli.com

*Counsel for Plaintiff and Proposed Class*