**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**AT MILWAUKEE**

| | |
|---|---|
| MATHEW ROGERS, individually on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BASEMENT BROS LLC, *doing business as:* EVERYTHING UNDER ONE ROOF and FUNNEL PROS LLC *doing business as:* NONSTOP AUTOMATION LLC,<br><br>Defendants. | No. 2:26-cv-01307-LA<br><br>Honorable Judge Lynn Adelman |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

On consideration of Plaintiff Mathew Rogers's Unopposed Motion for Leave to File First Amended Class Action Complaint and proposed First Amended Class Action Complaint;

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED, and the Clerk of Court is directed to file the First Amended Class Action Complaint upon entry of this order.

IT IS SO ORDERED.

Dated this ____ day of ______________, 2026.

______________________________
Hon. Judge Lynn Adelman
United States District Judge